## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MARLIN SHAWN MILLER,** *Plaintiff* | § § § | |
| **VS** | § § | Case No.  A-21-CV-00204-JRN |
| **TEXAS ALCOHOLIC BEVERAGE COMMISSION,** *Defendant* | § § § | |

### ORDER

Before the Court is the above-entitled and styled cause of action. The Court has determined that, in the interests of judicial efficiency, mediation is required in this case.

**IT IS THEREFORE ORDERED** that pursuant to Local Rule CV-88(c), the above-entitled case is hereby **REFERRED TO MEDIATION**, with the cost of mediation to be split between the parties. The parties may choose any mediator upon whom they can agree. If the parties cannot agree upon a mediator, they should timely submit an advisory to the Court, and a mediator will be assigned.

**IT IS FURTHER ORDERED THAT** the mediation shall be attended by party representatives with authority to negotiate a settlement and all other persons necessary to negotiate a settlement shall attend the mediation.

**IT IS FINALLY ORDERED** that the mediation shall occur, and the parties shall jointly submit a Final ADR Report, on or before **Tuesday, February 8, 2022**.

SIGNED this 1st day of January, 2022.

_____
**JAMES R. NOWLIN**
**SENIOR U.S. DISTRICT JUDGE**